# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
RUSSO, CHERI LYNN § Case No. 11-51435 BTB
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
     .   The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $              , for a total compensation of $              $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $            , for total expenses of $            $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JERI COPPA-KNUDSON _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 11-51435 | BTB | Judge: BRUCE T. BEESLEY |
| Case Name: | RUSSO, CHERI LYNN | | |

For Period Ending:  04/08/14

| Trustee Name: | JERI COPPA-KNUDSON |
| Date Filed (f) or Converted (c): | 04/28/11 (f) |
| 341(a) Meeting Date: | 06/02/11 |
| Claims Bar Date: | 11/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 1690 BILLOW DRIVE, SPARKS, NV 89441 RESIDENCE | 162,500.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 20.00 | 0.00 | | 0.00 | FA |
| Cash on hand | | | | | |
| Debtor Claimed Exemption | | | | | |
| 3. Financial Accounts | 7.61 | 0.00 | | 0.00 | FA |
| Bank of America checking acct#...0725 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 4. Financial Accounts | 11.91 | 0.00 | | 0.00 | FA |
| Bank of America savings acct#...9619 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 5. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| Household goods - furniture, electronics, knick-knacks, etc | | | | | |
| Debtor Claimed Exemption | | | | | |
| 6. Books / Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| Books & pictures | | | | | |
| Debtor Claimed Exemption | | | | | |
| 7. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| Wearing apparel | | | | | |
| Debtor Claimed Exemption | | | | | |
| 8. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| Jewelry | | | | | |
| Debtor Claimed Exemption | | | | | |
| 9. Firearms and Hobby Equipment | 50.00 | 0.00 | | 0.00 | FA |
| Bicycle | | | | | |
| Debtor Claimed Exemption | | | | | |
| 10. Pension / Profit Sharing | 11,124.40 | 0.00 | | 0.00 | FA |
| 401K through Employer | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit A

| Case No: | 11-51435 | BTB | Judge: BRUCE T. BEESLEY | | Trustee Name: | JERI COPPA-KNUDSON |
|---|---|---|---|---|---|---|

Case Name:    RUSSO, CHERI LYNN

Date Filed (f) or Converted (c):    04/28/11 (f)

341(a) Meeting Date:    06/02/11

Claims Bar Date:    11/18/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| | Debtor Claimed Exemption | | | | | |
| 11. | Stock | 4,284.70 | 3,374.22 | | 3,374.22 | FA |
| | Employee stock option account at Fidelity<br>DEBTOR IS REPAYING ESTATE | | | | | |
| 12. | Liquidated Claims | 3,669.00 | 1,578.06 | | 1,578.06 | FA |
| | 2010 Tax Refund (ESTATE PORTION) | | | | | |
| 13. | Vehicles | 0.00 | 0.00 | | 0.00 | FA |
| | Debtor has no vehicles in her name | | | | | |
| 14. | Animals | 25.00 | 0.00 | | 0.00 | FA |
| | Pets: Perchie & Binky - 2 Cats<br>Debtor Claimed Exemption | | | | | |
| 15. | Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.18 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $184,092.62 | $4,952.28 | | $4,952.46 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 22, 2014, 03:05 pm Order to sell lodged - est tfr by 2/2014

December 18, 2013, 11:55 am F/A - motion to sell back to Debtor filed

October 10, 2013, 08:51 am no change in status - debtor continues to make payments

April 22, 2013, 11:52 am OPEN PENDING COLLECTION OF NON EXEMPT ASSET - THE DEBTOR IS MAKING PAYMENTS

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-51435    BTB    Judge: BRUCE T. BEESLEY | Trustee Name: | JERI COPPA-KNUDSON |
| Case Name: | RUSSO, CHERI LYNN | Date Filed (f) or Converted (c): | 04/28/11 (f) |
| | | 341(a) Meeting Date: | 06/02/11 |
| | | Claims Bar Date: | 11/18/11 |

Initial Projected Date of Final Report (TFR): 12/31/11          Current Projected Date of Final Report (TFR): 04/30/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit B

Case No:    11-51435  -BTB
Case Name:    RUSSO, CHERI LYNN

Trustee Name:    JERI COPPA-KNUDSON
Bank Name:    UNION BANK
Account Number / CD #:    *******9095  Checking Account

Taxpayer ID No:    *******0347
For Period Ending:    04/08/14

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,346.31 | | 3,346.31 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,331.31 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,316.31 |
| 01/17/13 | 010001 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PAYMENT | 2300-000 | | 2.89 | 3,313.42 |
| | | SUITE 420 | BOND #016048576 | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,298.42 |
| 02/07/13 | 12 | CHREI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1124-000 | 160.00 | | 3,458.42 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,443.42 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,428.42 |
| 04/18/13 | 12 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1124-000 | 200.00 | | 3,628.42 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,613.42 |
| 05/23/13 | 12 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1124-000 | 140.00 | | 3,753.42 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,738.42 |
| 06/13/13 | 12 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1124-000 | 150.00 | | 3,888.42 |
| | | | SCHEDULE B | | | | |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,873.42 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,858.42 |
| 08/08/13 | 12 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1124-000 | 500.00 | | 4,358.42 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,343.42 |
| 09/05/13 | 12 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1124-000 | 228.06 | | 4,571.48 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,556.48 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,541.48 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,526.48 |
| 12/04/13 | 12 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1124-000 | 200.00 | | 4,726.48 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,711.48 |
| 01/14/14 | 010002 | INTERNATIONAL SURETIES, LTD. | BOND 016048576 | 2300-000 | | 10.10 | 4,701.38 |

Page Subtotals    4,924.37    222.99

LFORM24    **UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*    Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit B

| Case No: | 11-51435  -BTB | | Trustee Name: | JERI COPPA-KNUDSON |
|---|---|---|---|---|
| Case Name: | RUSSO, CHERI LYNN | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******9095  Checking Account |
| Taxpayer ID No: | *******0347 | | | |
| For Period Ending: | 04/08/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA. 70139 | | | | | |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,686.38 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,671.38 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,656.38 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,924.37 | 267.99 | 4,656.38 |
| Less:  Bank Transfers/CD's | 3,346.31 | 0.00 | |
| Subtotal | 1,578.06 | 267.99 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,578.06 | 267.99 | |

Page Subtotals          0.00          45.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

Case No:        11-51435  -BTB
Case Name:    RUSSO, CHERI LYNN

Taxpayer ID No:    *******0347
For Period Ending:   04/08/14

Trustee Name:       JERI COPPA-KNUDSON
Bank Name:          BANK OF AMERICA, N.A.
Account Number / CD #:      *******2971  Money Market Account (Interest Earn

Blanket Bond (per case limit):     $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/11 | 11 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1129-000 | 350.00 | | 350.00 |
| 10/12/11 | 11 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1129-000 | 375.00 | | 725.00 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.66 | 724.34 |
| 11/22/11 | 11 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1129-000 | 350.00 | | 1,074.34 |
| 11/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,074.35 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.94 | 1,073.41 |
| 12/29/11 | 11 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1129-000 | 375.00 | | 1,448.41 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,448.42 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.32 | 1,447.10 |
| 01/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,447.11 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.84 | 1,445.27 |
| 02/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,445.28 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.72 | 1,443.56 |
| 03/07/12 | 11 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1129-000 | 400.00 | | 1,843.56 |
| 03/14/12 | 001001 | INTERNATIONAL SURETIES, LTD | TRUSTEE BOND | 2300-000 | | 1.28 | 1,842.28 |
| | | SUITE 420 | BOND #016048576 | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 03/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,842.29 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.09 | 1,840.20 |
| 04/25/12 | 11 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1129-000 | 150.00 | | 1,990.20 |
| 04/30/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 1,990.22 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.34 | 1,987.88 |
| 05/31/12 | 11 | CHERI RUSSO | ACCOUNTS RECEIVABLE PAYMENT | 1129-000 | 150.00 | | 2,137.88 |
| 05/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,137.90 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.53 | 2,135.37 |
| 06/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,135.39 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.51 | 2,132.88 |

Page Subtotals          2,150.11          17.23

LFORM24      **UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Ver: 17.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

**Exhibit B**

| Case No: | 11-51435  -BTB |
|---|---|
| Case Name: | RUSSO, CHERI LYNN |
| Taxpayer ID No: | *******0347 |
| For Period Ending: | 04/08/14 |

| Trustee Name: | JERI COPPA-KNUDSON |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2971  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,132.90 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.80 | 2,130.10 |
| 08/30/12 | 11 | LOUIE BUHAT | ACCOUNTS RECEIVABLE PAYMENT | 1129-000 | 1,224.22 | | 3,354.32 |
| 08/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,354.34 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.71 | 3,351.63 |
| 09/28/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,351.65 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.70 | 3,347.95 |
| 10/15/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,347.96 |
| 10/15/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 1.65 | 3,346.31 |
| 10/15/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 3,346.31 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,374.40 | 3,374.40 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,346.31 | |
| Subtotal | 3,374.40 | 28.09 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,374.40 | 28.09 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9095 | 1,578.06 | 267.99 | 4,656.38 |
| Money Market Account (Interest Earn - *******2971 | 3,374.40 | 28.09 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 4,952.46 | 296.08 | 4,656.38 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

LFORM24

Page Subtotals        1,224.29        3,357.17

Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit B

| Case No: | 11-51435  -BTB | Trustee Name: | JERI COPPA-KNUDSON |
| Case Name: | RUSSO, CHERI LYNN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2971  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0347 | | |
| For Period Ending: | 04/08/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

LFORM24   **UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Ver: 17.05c

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: April 08, 2014 |

Case Number:   11-51435

Debtor Name:   RUSSO, CHERI LYNN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | B-LINE, LLC MS 550 PO BOX 91121 SEATTLE, WA 98111-9221 | Unsecured | | $6,068.24 | $0.00 | $6,068.24 |
| 000002 070 7100-00 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $2,508.76 | $0.00 | $2,508.76 |
| 000003 070 7100-00 | HSBC Bank Nevada, N.A. by PRA Receivables Management, LLC PO Box 12907 Norfolk VA 23541 | Unsecured | | $2,381.04 | $0.00 | $2,381.04 |
| 000004 070 7100-00 | World Financial Network National Bank Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $170.40 | $0.00 | $170.40 |
| 000006 070 7100-00 | UNIVERSITY OF ROCHESTER MEDICAL CENTER 601 ELMWOOD AVE BOX 888 ROCHESTER, NY 14642 | Unsecured | | $320.00 | $0.00 | $320.00 |
| 000007 070 7100-00 | Sallie Mae, Inc. on behalf of USA Funds Attn: Bankruptcy Litigation Unit E3149 PO Box 9430 Wilkes-Barre, PA 18773-9430 | Unsecured | | $89,085.45 | $0.00 | $89,085.45 |
| 000008 070 7100-00 | CAPITAL RECOVERY III LLC C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $728.62 | $0.00 | $728.62 |
| 000009 070 7100-00 | CAPITAL RECOVERY III LLC C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $4,093.49 | $0.00 | $4,093.49 |
| 000010 070 7100-00 | CAPITAL RECOVERY III LLC C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $6,184.63 | $0.00 | $6,184.63 |
| 000011 070 7100-00 | CAPITAL RECOVERY III LLC C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $3,605.77 | $0.00 | $3,605.77 |

| | | EXHIBIT C | | | | |
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: April 08, 2014 |

Case Number: 11-51435

Debtor Name: RUSSO, CHERI LYNN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|------------------------|-------------|-------|----------------|--------------|---------------|
| 000012 070 7100-00 | American InfoSource LP as agent for Merrick Bank PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | $4,633.75 | $0.00 | $4,633.75 |
| 000013 070 7100-00 | PHARIA L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $2,920.91 | $0.00 | $2,920.91 |
| 000014 070 7100-00 | Merrick Bank c/o Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005 050 4110-00 | Green Tree Servicing LLC P O Box 0049 Palatine Il, 60055-0049 | Secured | | $213,177.18 | $0.00 | $213,177.18 |
| | Case Totals: | | | $335,878.24 | $0.00 | $335,878.24 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-51435 BTB
Case Name: RUSSO, CHERI LYNN
Trustee Name: JERI COPPA-KNUDSON

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | Green Tree Servicing LLC | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JERI COPPA-KNUDSON | $ | $ | $ |
| Trustee Expenses: JERI COPPA-KNUDSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | B-LINE, LLC | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000003 | HSBC Bank Nevada, N.A. | $ | $ | $ |
| 000004 | World Financial Network National Bank | $ | $ | $ |
| 000006 | UNIVERSITY OF ROCHESTER MEDICAL CENTER | $ | $ | $ |
| 000007 | Sallie Mae, Inc. on behalf of USA Funds | $ | $ | $ |
| 000008 | CAPITAL RECOVERY III LLC | $ | $ | $ |
| 000009 | CAPITAL RECOVERY III LLC | $ | $ | $ |
| 000010 | CAPITAL RECOVERY III LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | CAPITAL RECOVERY III LLC | $ | $ | $ |
| 000012 | American InfoSource LP as agent for | $ | $ | $ |
| 000013 | PHARIA L.L.C. | $ | $ | $ |
| 000014 | Merrick Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

      Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE