JERI COPPA-KNUDSON, Trustee
3495 LAKESIDE DRIVE, PMB#62
RENO, NV. 89509-4841
(775) 329-1528
renobktrustee@gmail.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:   CASE NO. BK-N-11-51435

RUSSO, CHERI LYNN   CHAPTER 7

Debtor   NOTICE OF UNCLAIMED FUNDS PURSUANT TO RULE 3011

_____/

**TO:** CLERK, UNITED STATES BANKRUPTCY COURT

**FROM:** JERI COPPA-KNUDSON, TRUSTEE

Pursuant to Rule 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129, Title 28, 2042.

| Claim No. | Claimant & Address | Can Number 613300 |
|---|---|---|
| | | Amount of Deposit |
| 1 | B-LINE LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA. 98111-9221 | $ 161.36 |
| 6 | UNIVERSITY OF ROCHESTER MEDICAL CENTER<br>601 ELMWOOD AVENUE<br>BOX 888<br>ROCHESTER, NY 14642 | $ 8.51 |

DATED: __10/20/14__   TRUSTEE: _Jeri Coppa Knudson_

NOTE: Title 28, Chapter 129, 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make checks payable to Clerk, U.S. Bankruptcy Court.